UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

**THE ANNUITY, WELFARE AND APPRENTICESHIP SKILL IMPROVEMENT AND SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 15, 15A, 15C & 15D, AFL-CIO; CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS; AND INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 15, 15A, 15C & 15D, AFL-CIO**,

Plaintiff,

– against –

**GRACI PAVING ASSOCIATES, INC.**,

Defendant.

---------------------------------------------------------------- X

**ORDER ADOPTING REPORT AND RECOMMENDATION**

25-CV-2727 (AMD) (VMS)

**ANN M. DONNELLY**, United States District Judge:

The plaintiffs, International Union of Operating Engineers, Local 15, 15A, 15C & 15D, AFL-CIO ("Local 15"); Central Pension Fund of the International Union of Operating Engineers ("CPF"); and the Annuity, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers, Local 15, 15A, 15C & 15D, AFL-CIO ("Local 15 Trust Funds"), brought this action against the defendant, Graci Paving Associates, Inc., asserting claims under the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1132, 1145, and the Labor Management Relations Act, 29 U.S.C. § 185. (ECF No. 1.) The plaintiffs seek to collect delinquent employer contributions to employment benefit funds and enforce other obligations pursuant to the parties' collective bargaining agreement. (*Id.*)

The plaintiffs filed a complaint on May 15, 2025 (*id.*), and served the defendant on May 28, 2025 (ECF No. 10 at 2). The defendant did not answer or otherwise appear to defend the action. The Clerk of Court entered a certificate of default against the defendants on August 1, 2025. (ECF No. 18.) On October 8, 2025, the plaintiff filed a motion for default judgment. (ECF Nos. 20, 21, 22, 23, 24, 25.) The Court referred the motion to Chief Magistrate Judge Vera M. Scanlon on October 21, 2025. (*See ECF Order dated Oct. 21, 2025.*) On August 21, 2026, Judge Scanlon issued a comprehensive Report and Recommendation, recommending that the Court grant the plaintiffs' motion. (ECF No. 27.) No party has objected to the Report and Recommendation, and the time for doing so has passed.

A district court reviewing a report and recommendation "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). To accept a report and recommendation to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." *VOX Amplification Ltd. v. Meussdorffer*, 50 F. Supp. 3d 355, 369 (E.D.N.Y. 2014).

The Court has carefully reviewed Judge Scanlon's thorough and well-reasoned Report and Recommendation for clear error and finds none. Accordingly, the Court adopts the Report and Recommendation in its entirety. The plaintiffs' motion for default judgment is granted. As detailed in Judge Scanlon's Report and Recommendation, the defendant is ordered to pay the following damages: (1) $38,563.12 in unpaid contributions and dues; (2) $5,397.73 in pre-judgment interest owed to Plaintiffs Local 15 Trust Funds and CPF through May 7, 2025; (3) additional pre-judgment interest calculated according to the auditor's formulas;[1] (4) $4,113.08 in

[1] The additional pre-judgment interest should be awarded as follows: To Plaintiff Local 15 Trust Funds, [number of days from May 8, 2025, to date of judgment] x [6% interest rate] / [365 days] x [$29,690.40 principal sum], to Plaintiff CPF, [number of day from May 8, 2025, to date of judgment] x [9% interest

liquidated damages; (5) $3,630.00 in attorneys' fees; (6) $1,426.25 in auditor's fees; (7) $465.00 in costs; and (8) post-judgment interest on the total damages at the rate set forth in 28 U.S.C. § 1961.

The plaintiffs' counsel is directed to serve a copy of this Order on the defendant, and to file proof of service on the docket. The Clerk of Court is respectfully directed to enter the final default judgment and close the case.

**SO ORDERED.**

s/Ann M. Donnelly

ANN M. DONNELLY
United States District Judge

Dated: Brooklyn, New York
September 17, 2026

rate] / [365 days] x [$5,720.20 principal sum], and to plaintiff Local 15, [number of days from January 1, 2024, to the date of judgment] x [9% interest rate] / [365 days] x [$3,152.52 principal sum].